UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR LEE BELL,

                                               Case No. 2:12-cv-15077

                 Plaintiff,             Judge Nancy G. Edmunds

v.                                        Magistrate Judge Anthony P. Patti

JAMES BIVEN,
MARVIN BUTLER and
CITY OF DETROIT,

                       Defendants.

_____/

## ORDER DENYING PLAINTIFF'S OCTOBER 4, 2016 REQUESTS (DE 41) BUT PROVIDING ALTERNATE RELIEF

Arthur Lee Bell (#183004) is currently incarcerated at the MDOC's Bellamy Creek Correctional Facility (IBC) in Ionia, Michigan.[1]  On November 15, 2012, Plaintiff, via counsel, filed the instant fee-paid lawsuit against Detective James Biven, Detective Marvin Butler, and the City of Detroit, concerning Plaintiff's alleged October 4, 1988 and March 16, 1989 arrests and subsequent June 1989 conviction.  (DE 1 ¶¶ 8, 12, 29; *see also* Case No. 89-003844-01 (Wayne County)). This case was stayed and administratively closed on July 30, 2013.  (DE 25.)

At this time, the case remains closed, and Plaintiff appears *in pro per*.  (*See* DE 39.)  Currently before the Court is Plaintiff's October 4, 2016 filing, which alleges that his local counsel (Driggers, Schultz & Herbst, P.C. (DSH)) did not

_____

[1] (*See* DE 41, www.michigan.gov/corrections, "Offender Search.")

serve him with a copy of Defendants' August 16, 2016 response (DE 33), nor did

he receive a copy of same while incarcerated at Kinross Correctional Facility

(KCF) in Kincheloe, Michigan.  (DE 41 ¶ 2.)[2]

Upon consideration, Plaintiff's request for the Court to direct the Clerk of

the Court to provide him with a copy of Defendants' response (DE 41 ¶ 2) is

**DENIED**.  Instead, the Court **DIRECTS** the City of Detroit Law Department to

serve a copy of Defendants' response (DE 33), forthwith, upon Plaintiff at IBC.

Plaintiff's request for the Clerk of the Court to update the docket with his new

contact information (DE 41 ¶ 3) is **DENIED AS MOOT**, as the Clerk of the Court

has already done so.  Finally, Plaintiff's request that the Court provide him with an

updated docket report (DE 41 at 4) is **DENIED**, as this order confirms that

Plaintiff's October 4, 2016 request (DE 41) was, in fact, filed.

**IT IS SO ORDERED.**


Dated: October 25, 2016            s/Anthony P. Patti
                                   Anthony P. Patti
                                   UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of
     record on October 25, 2016, electronically and/or by U.S. Mail.

                                   s/Michael Williams
                                   Case Manager for the
                                   Honorable Anthony P. Patti

---

[2] According to Plaintiff, he was transferred from KCF to IBC on September 12,
2016.  (DE 41 ¶ 3.)